IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MATTHEW JOHN THOMPSON,

    Plaintiff,

v.                                      CASE NO. 4:13cv501-RH/CAS

L. FLOWERS,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's second report and recommendation, ECF No. 72, the objections, ECF No. 74, and the response to the objections, ECF No. 76. I have reviewed de novo the issues raised by the objections. Upon consideration,

    IT IS ORDERED:

    1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

    2. The defendant's summary-judgment motion, ECF No. 58, is GRANTED.

3.  The clerk must enter judgment stating, "This action was resolved on a motion for summary judgment.  It is ordered that the plaintiff Matthew John Thompson recover nothing on her claims against the defendant L. Flowers.  The claims are dismissed on the merits."

4.  The clerk must close the file.

SO ORDERED on March 19, 2016.

                                  s/Robert L. Hinkle
                                  United States District Judge